IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No: 11-cr-00279-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    XAVIER GALVEZ-CHAVEZ,
2.    ELIAS HERRERA-ZAMORA,
3.    JOSE ALEJANDRO PACHECO-SANCHEZ,
4.    CARLOS GARCIA-MARQUEZ, and
5.    MARICELA FERNANDEZ-CASTELLANOS,

    Defendants.

---

**ORDER**

---

This matter comes before the Court on the Government's Proposal Regarding the Filing of *James* Proffer [Docket No. 146].

It is ORDERED that the government's *James* proffer shall be filed by **January 27, 2012**. It is further

ORDERED that the defendants' responses to the *James* proffer shall be filed by **February 10, 2012**.

DATED December 21, 2011.

                BY THE COURT:

                s/Philip A. Brimmer
                PHILIP A. BRIMMER
                United States District Judge